**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

STEVEN ADAMS,

  Petitioner,

V

DIANA BUTLER, WARDEN,

  Respondent.

Case No.  CIV S 02 0690 LKK PAN P

ORDER

    Petitioner's request for extension of time to file Objections to the Magistrate's Findings and Recommendations is GRANTED.

    Petitioner's Objections are due on or before June 20, 2005.

**IT IS SO ORDERED**

Dated: June 16, 2005

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge