**SANDERS & ASSOCIATES**
**STEVEN C. SANDERS, Esq.   SBN 171369**
3960 Industrial Blvd., Suite 100
West Sacramento, California 95691
Telephone No: (916) 376-8738
Facsimile No.: (916) 376-8717

Attorney for Petitioner Steven Adams

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ADAMS,<br><br>   Petitioner,<br><br>V<br><br>DIANA BUTLER, WARDEN,<br><br>   Respondent. | Case No.  CIV S 02 0690 LKK PAN P<br><br>SUBSTITUTION OF ATTORNEYS |

    Petitioner Steven Adams hereby substitutes Steven C. Sanders, SBN 171369, 3960 Industrial Blvd., #100, West Sacramento, Ca 95691, (916) 376-8738, as his attorney of record in place and stead of John R. Hargreaves, SBN 190257, P.O. Box 19183, Sacramento, CA 95819.

Dated: 6/2/05           /s/ Steven Adams, original on file with attorney Steven C. Sanders
                                            Steven Adams

1  I consent to the above substitution.
2
3  Dated: 6/2/05                     /s/ Steven C. Sanders, Esq.
4                                    Steven C. Sanders.
5
6  I consent to the above substitution.
7
8  Dated: 6/2/05                     /s/ John R. Hargreaves, Esq.
9                                    John R. Hargreaves
10
11
12
13
14
15 **IT IS SO ORDERED**
16
17 Dated: June 16, 2005              /s/ Peter A. Nowinski
18                                   PETER A. NOWINSKI
                                     Magistrate Judge
19
20
21
22
23
24
25
26
27
28

Substitution of Attorney                              Adams v Butler, 02-CV-690

## PROOF OF SERVICE

I am employed in the County of Yolo, State of California. I am over the age of 18 and not a party to the within action. My business address is 3960 Industrial Blvd., Suite 100., West Sacramento, CA 95691.

On June 2nd 2005, I served the document described below, on the parties listed below, by placing a true copy in a sealed envelope with first class postage prepaid, and placing the envelope in the place for outgoing mail for our firm, which is regularly picked up each day by the U.S. Post Office.

**Document(s):**

Substitution of Attorney

**List Of Persons Served:**

Jo Graves
Deputy attorney General
P.O. Box 944255
Sacramento, CA 94244-2550

John R. Hargreaves
P.O. Box 19183
Sacramento, CA 95819.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 2nd 2005, at West Sacramento, Yolo County, California.

/s/ Keith Chandler, original on file with attorney Steven C. Sanders