UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

STEVE ADAMS,

         Petitioner,

   v.

DIANE BUTLER, et al.,

         Respondents.

                                                    /

NO. CIV. S-02-690 LKK/PAN P

O R D E R

Petitioner, a state prisoner proceeding through counsel, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter is before the court on petitioner's request for a certificate of appealability. See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons

1

1 | why such a certificate should not issue. Fed. R. App. P. 22(b).

In his request for certificate of appealability, petitioner contends that there are several conclusions of fact resolved by the Parole Board where "reasonable jurists" could disagree and that there are issues that "deserve encouragement to proceed further."

That, of course, is not the issue. At best, the issue is whether reasonable jurists could disagree that there were sufficient reasons for the Parole Board to deny parole. The answer to that is clearly yes, and thus, the certificate of appealability should not issue.

Based on the foregoing reasons, the court hereby orders that the request for a certificate of appealability is DENIED.

IT IS SO ORDERED.

DATED: September 2, 2005.

>               /s/Lawrence K. Karlton
>               LAWRENCE K. KARLTON
>               SENIOR JUDGE
>               UNITED STATES DISTRICT COURT